FILER REALTY CORPORATION, Appellant, v. RACHEL E. LITTLE, Respondent.—

Judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. We are of opinion that the facts presented show a failure on the part of defendant to perform the contract and that upon these facts plaintiff is entitled to the return of the down payment. The amount of the fee for examination of title is still to be determined, and this necessitates a new trial. Young, Rich, Hagarty, Seeger and Scudder, JJ., concur.